# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEROME LEE MANUEL

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2026 CW 0219

**JUNE 1, 2026**

---

In Re:    Jerome Lee Manuel, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          763759.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT GRANTED WITH ORDER.**  The district court is ordered to
proceed toward disposition of this matter on or before August 31,
2026 if it has not already done so.

                              MRT
                              KEB
                              BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.